Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendant, Marix Services, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN C. MACERA, | ) Case No. 3:10-cv-00797-RJC-VPC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARIX SERVICES, LLC; CITIMORTGAGE, ) | **STIPULATION TO DISMISS CASE** |
| INC.; CTX MORTGAGE COMPANY, LLC; ) | **WITHOUT PREJUDICE** |
| CR TITLE SERVICES, INC.; MORTGAGE ) | |
| ELECTRONIC REGISTRATION SYSTEMS, ) | |
| INC.; and DOES I-C, ) | |
| Defendants. ) | |
| ) | |

COMES NOW Defendant, Marix Services, LLC, by and through its counsel of record, Christopher M. Hunter, Esq., CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc., by and through their counsel, Colt B. Dodrill, Esq., and Plaintiff, Juan C. Macera, by and through his counsel, Mark L. Mausert, Esq., who do hereby stipulate, after careful consideration of the facts, history, costs of litigation and status of the proceedings have determined that it is in their best interests that the above case, be hereby dismissed without prejudice as to each party defendant, each party to bear its own costs and fees.

It is further agreed that the lis pendens affecting the property located at 2219 Big Trail Circle, Reno, Nevada (APN 140 471 07137-12-212-058) and recorded by Plaintiff on November

1

29, 2010 in the public records of Washoe County, Nevada as instrument number 3947237 be hereby expunged and shall have no further force or effect.

Dated: July 8, 2011      By:      *s/Christopher M. Hunter*  
Christopher M. Hunter, Esq.  
9510 W. Sahara, Suite 110  
Las Vegas, NV 89117

Dated: July 8, 2011      By:      */s/Colt B. Dodrill*  
Colt B. Dodrill, Esq.  
980 Kelly Johnson Dr., Suite 140  
Las Vegas, NV 89119

                                       By:      */s/Mark L. Mausert*  
Dated: July 8, 2011                         Mark L. Mausert, Esq.  
930 Evans Ave.  
Reno, NV 89512

**ORDER**

Based on the above and the foregoing and good cause appearing, IT IS SO ORDERED.

By: _____  
UNITED STATES DISTRICT JUDGE

By:      */s/Christopher M. Hunter*  
Christopher M. Hunter  
9510 W. Sahara, Suite 110  
Las Vegas, NV 89117